FILED
09 MAY -1 PM 2:21
RICHARD...
CLERK, U...
NORTHERN D...
...KING
...T COURT
CAL...

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

John Reimers Baumann - #167717

CV 09 80 082 MISC  VRW

_____/

**ORDER TO SHOW CAUSE**

It appearing that John Reimers Baumann has been enrolled as an inactive member of the State Bar of California due to MCLE noncompliance and that he may not practice law while so enrolled effective September 1, 2001,

**IT IS ORDERED**

That respondent show cause in writing on or before May 26, 2009 as to why he should not be suspended from practice before this Court, pending further notice from the State Bar of California.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

John Reimers Baumann
Attorney At Law
613 Stanford Avenue
Palo Alto, CA 94606

United States District Court
For the Northern District of California