**FILED**

JUL 29 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF: | No CV-09-80082 MISC VRW |
| John Reimers Baumann, | ORDER |
| State Bar No 167717 | |
| _____/ | |

On May 1, 2009, the court issued an order to show cause (OSC) why John Reimers Baumann should not be removed from the roll of attorneys authorized to practice law before this court, based upon his inactive enrollment as a member of the State Bar of California due to MCLE noncompliance, effective September 1, 2001.

The OSC was mailed to Mr Baumann's address of record with the State Bar on May 6, 2009. A written response was due on or before May 26, 2009. No response to the OSC has been filed as of this date.

The court now orders John Reimers Baumann removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

John Reimers Baumann,

_____/

Case Number: C09-80082 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 29, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Reimers Baumann
613 Stanford Avenue
Palo Alto, CA 94606

Dated: July 29, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*